UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSEMARY QUINN, ALAN
DUCORSKY, LUIS GUILIN, and KAY
ECKLER, on behalf of themselves and all
others similarly situated,

                   Plaintiffs,

v.

WALGREEN CO., WAL-MART STORES,
INC., and PERRIGO COMPANY OF
SOUTH CAROLINA, INC.

                   Defendants.

Civil Action No. 7:12-CV-8187-VB

## <u>MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and

declarations, Rosemary Quinn, Alan Ducorsky, Luis Guilin, Kay Eckler, Brian Calvert, Marc

Group, John J. Gross, Christopher Nelson, and Randy Nunez will move this Court, before the

Honorable Vincent L. Briccetti, United States District Judge, at the Honorable Charles L.

Brieant, Jr. United States Courthouse, 300 Quarropas Street, White Plains New York, on

December 12, 2014, pursuant to Federal Rules of Civil 23, for an Order:

1.       Granting final approval of the Class Action Settlement Agreement;

2.       Certifying the Settlement Class for purposes of effectuating the Settlement;

3.       Designating Plaintiffs Quinn, Ducorsky, Guilin, Eckler, Calvert, Group, Gross,

Nelson, and Nunez as representatives of the Settlement Class; and

4.       Appointing Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG"),

Bonnett, Fairbourn, Friedman & Balint, P.C. ("Bonnett Fairbourn"), Stewart Weltman LLC;

Carlson Lynch, LTD; Carpenter Law Group; and Patterson Law Group, APC as Class Counsel,

with Todd S. Garber and the law firm of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP;

Elaine A. Ryan and the law firm of Bonnett, Fairbourn, Friedman & Balint, P.C.; Stewart M.

Weltman and the law firm of Stewart M. Weltman, LLC; and Edwin J. Kilpela, Jr. of the law

firm of Carlson Lynch, LTD as representatives of the Class Counsel.

Dated:       White Plains, New York
             November 18, 2014

> **FINKELSTEIN, BLANKINSHIP,**
> **FREI-PEARSON & GARBER, LLP**
>
> By: */s/ Todd S. Garber*
>     Todd S. Garber
>     1311 Mamaroneck Avenue
>     White Plains, New York 10605
>     Telephone: 914-298-3281
>     Fax: 914-824-1561
>     tgarber@fbfglaw.com
>
> **BONNETT, FAIRBOURN,**
> **FRIEDMAN & BALINT, P.C.**
>     Elaine A. Ryan (*admitted pro hac vice*)
>     2325 E. Camelback Rd., Suite 300
>     Phoenix, Arizona 85016
>     Telephone: 602-274-1100
>     Fax: 602-798-5860
>     eryan@bffb.com
>
> **CARLSON LYNCH LTD**
>     Edwin J. Kilepla, Jr.
>     R. Bruce Carlson
>     PNC Park
>     115 Federal Street, Suite 210
>     Pittsburgh, PA 15212
>     Telephone: 412-322-9243
>     Fax: 412-231-0246
>     ekilpela@carlsonlynch.com

**STEWART M. WELTMAN LLC**
**(Of Counsel Levin Fishbein Sedran &**
**Berman)**
Stewart M. Weltman, Esq.
53 W. Jackson Blvd. Suite 364
Chicago, Illinois 60604
Telephone: 312-588-5033
sweltman@weltmanlawfirm.com

*Representatives of Class Counsel*


**CARPENTER LAW GROUP**
Todd Carpenter
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6994


**PATTERSON LAW GROUP, APC**
James Patterson
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990

*Additional Class Counsel*